# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

IN RE:

JOHN BLAINE STONER

| | | |
|---|---|---|
| WILLIAM FANSLOW, | ) | CASE NO. 3:18-AP-03022 |
| Plaintiff, | ) | JUDGE GUY HUMPHREY |
| vs. | ) | |
| JOHN BLAINE STONER, | ) | |
| Defendant | ) | |

| | | |
|---|---|---|
| VILLAGE OF PLAIN CITY, | ) | CASE NO.: 3:18-AP-03025 |
| Plaintiff, | ) | JUDGE: GUY HUMPHREY |
| vs. | ) | **STIPULATED DISMISSAL ENTRY** |
| JOHN BLAINE STONER, | ) | |
| Defendant | ) | |

We, the attorneys for the respective parties as to Case No. 3:18-AP-03025, Village of Plain City v. John Blaine Stoner, do hereby stipulate that the above captioned matter has been settled and dismissed, with prejudice, as against Defendant Stoner, at the cost of Plaintiff, Village of Plain City. The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

_____
JUDGE GUY HUMPHREY

| | |
|---|---|
| *s/Paul-Michael La Fayette* | *s/Samuel Petroff (with permission)* |
| PAUL-MICHAEL LA FAYETTE  (0067031) | SAMUEL J. PETROFF  (0014983) |
| CHENEE M. CASTRUITA  (0090624) | Lagos and Lagos, PLL |
| Mazanec, Raskin & Ryder Co., L.P.A. | 5057 Troy Road |
| 175 South Third Street | Springfield, OH  45502 |
| Suite 1000 | (937) 323-5555 |
| Columbus, OH  43215 | (937) 323-6564 – Fax |
| (614) 228-5931 | spetroff@lagoscentral.com |
| (614) 228-5934 – Fax | |
| ccastruita@mrrlaw.com | *Counsel for Defendant John Blaine Stoner* |

*Counsel for Plaintiff Village of Plain City*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 24, 2019, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                  *s/Paul-Michael La Fayette*
                                                  PAUL-MICHAEL LA FAYETTE  (0067031)

                                                  *Counsel for Plaintiff Village of Plain City*